FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEY TRONIC CORPORATION, a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIO CORPORATION, a Canadian corporation,<br><br>　　　　Defendant. | No. 2:24-CV-00116-SAB<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |

　　　　Before the Court is Plaintiff's Motion for Default Judgment, ECF No. 32. Plaintiff is represented by Abigail Staggers and John C. Theiss. Defendant is represented by Nathan Furman and Rory W. Leid, III. The motion was considered without oral argument.

　　　　On October 8, 2024, Plaintiff filed its second motion for default, and the Clerk's Order of Default was entered on October 10, 2024. Counsel for Defendant entered notices of appearance on October 31, 2024, and filed a Motion to Vacate the entry of default, ECF No. 25, on December 12, 2024. That Motion was denied on February 27, 2025, and Plaintiff filed the pending Motion for Default Judgment on April 14, 2025, seeking $542,574.86. Defendant filed its Response on April 28, 2025, contending that the proper amount for default judgment was $477,387.69.

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT #1**

Following a status conference and communicating with Defendant, Plaintiff ultimately stipulated to the entry of default judgment of the lower amount of $477,387.69. *See* ECF No. 45.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Default Judgment, ECF No. 32, is **GRANTED**.

2. The Clerk of Court is directed to enter default judgment **against** Defendant and **in favor** of Plaintiff in the above-captioned matter in the total amount of $477,387.69.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and Defendant, and **close** the file.

**DATED** this 23rd day of September 2025.



_____
Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT #2**